IN THE UNITED STATES DISTRICT COURT
<u>FOR THE DISTRICT OF MARYLAND</u>

| | | |
|---|---|---|
| Douglas Keller, Personal | * | |
| Representative of the | * | |
| Estate of William M. Keller, | * | |
| Sr., Deceased | * | |
| | * | |
|     Plaintiff | * | BML NO. 4 |
| | * | |
| vs. | * | CIVIL ACTION NO. |
| | * | 97-606 |
| A.C.&S., INC., ET Al. | * | |
| | * | |
|     Defendants | * | |
| | * | |

**********************************************************

<u>ORDER</u>

AND NOW this 27<u>th</u> day of _____August_____, 2001, upon consideration of Plaintiff's Motion, it is

ORDERED that the Plaintiff be granted leave to file an amended Complaint.

_____
United States District Judge

Charles R. Weiner

